## The People of the State of Illinois, Defendant in Error, v. Erminie Montgomery, Plaintiff in Error.

### Gen. No. 20,814.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed October 5, 1915.

### Statement of the Case.

Action by the People of the State of Illinois, plaintiff, against Erminie Montgomery, defendant, in the Municipal Court of Chicago, in which defendant was charged with unlawful sale of cocaine. To reverse a judgment for plaintiff, defendant prosecutes this writ of error.

EDWARD H. MORRIS, for plaintiff in error.

MACLAY HOYNE, for defendant in error; EDWARD E. WILSON, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. DRUGGISTS, § 6*—*who has burden of proving legality of sale of cocaine.* In a proceeding wherein defendant was charged with unlawfully selling cocaine "without the written prescription of a physician," as required by statute, *held* that the burden of proof is on defendant to bring the sale within the exception.

2. APPEAL AND ERROR, § 1487*—*when admission of evidence harmless.* Where the issues are clearly proven without the evidence objected to, error in admitting such evidence *held* harmless.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.